1  Theodore P. Witthoft (State Bar Id No. 021632)
   **COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
2  201 North Central Avenue, 22nd Floor
   Phoenix, Arizona 85004-0608
3  Telephone: (602) 252-1900
   Facsimile: (602) 252-1114
4  Email: twitthoft@cmpbglaw.com

5  Attorneys for The Biltmore Bank of Arizona

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | ) | **Chapter 7** |
|---|---|---|
| STANLEY LUND and JUNE LUND, | ) ) ) | **No. 2:09-bk-18416-CGC** |
| Debtors. | ) ) ) | **NOTICE OF RULE 2004 EXAMINATION OF STANLEY THOMAS LUND** |
| | ) ) ) | |

**NOTICE IS HEREBY GIVEN** by The Biltmore Bank of Arizona ("Biltmore Bank"), by and through its attorneys, Collins May, Potenza, Baran & Gillespie, P.C ("CMPBG"), that, pursuant to the October 2, 2009 order ("Order") granting the Motion Rule 2004 Examination ("Motion") of Stanley Thomas Lund ("Debtor"), the examination of the Debtor shall take place on October 28, 2009 at 10:00 a.m. at the offices of:

Scott Zwillinger
ZWILLINGER & GREEK, P.C.
2425 East Camelback Road, Suite 600
Phoenix, Arizona 85016

The Biltmore Bank seeks to examine the Debtor as to his acts, conduct, property, financial condition and matters which effect the administration of the estate and the Debtor's right to a discharge. By letter dated October 2, 2009, CMPBG provided Debtor's counsel notice of the date, time and location of the Rule 2004 examination.

The Biltmore Bank further requests, pursuant to the Order, that the Debtor deliver the documents requested in Exhibit "A" of the Motion to Zwillinger & Greek by October 23, 2009 at 10:00 a.m.

Dated this 15th day of October, 2009.

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Theodore P. Witthoft/#021632
   Theodore P. Witthoft
   Attorneys for The Biltmore Bank of Arizona

Copy of the foregoing
mailed this 15th day
of October, 2009, to:

United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003

David A. Birdsell
216 North Center
Mesa, Arizona 85201
Trustee

Dawn M. Bayne, Esq.
Allen, Sala & Bayne, PLC
Viad Corporate Center
1850 North Central Avenue, Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee

Stanley Thomas Lund
June Marie Lund
aka Lund Mortgage, Inc.
18008 West Narramore Road
Goodyear, Arizona 85338
Debtors

| | |
|---|---|
| 1 | Joseph W. Charles, Esq. |
| 2 | P.O. Box 1737 |
|   | Glendale, Arizona 85311-1737 |
| 3 | Attorneys for Debtors |
| 4 | |
|   | Scott Zwillinger, Esq. |
| 5 | Zwillinger & Greek, PC |
|   | 2425 East Camelback Road, Suite 600 |
| 6 | Phoenix, Arizona  85016 |
| 7 | |
| 8 | |
| 9 | /s/ Lisa Harnack |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26