Thomas H. Allen, State Bar #11160
Dawn M. Bayne, State Bar #20368
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dbayne@asbazlaw.com

Attorneys for Trustee David Birdsell

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STANLEY THOMAS LUND AKA LUND MORTGAGE, INC. and JUNE MARIE LUND,<br><br>Debtors. | Chapter 7<br><br>Case No. 2-09-bk-18416-CGC<br><br>**APPLICATION TO EMPLOY CO-SPECIAL COUNSEL FOR THE TRUSTEE** |

David Birdsell, the Chapter 7 Trustee ("Trustee"), by and through undersigned counsel, hereby requests approval of employment of co-special counsel as follows:

1. On August 4, 2009 ("Petition Date"), Stanley Thomas Lund aka Lund Mortgage, Inc., and June Marie Lund ("Debtors"), filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. Prior to the Petition Date, the Debtors were involved in litigation wherein The Biltmore Bank ("Biltmore Bank") obtained a judgment against Lund Mortgage, Inc., Case No. CV2007-005276 ("Litigation").

3. The Trustee wishes to employ both the law offices of Collins May Potenza Baran & Gillispie, PC ("CMPBG"), and the law offices of Zwillinger Greek Zwillinger & Knecht, PC ("Z&G"), (collectively "Co-Special Counsel"), attorneys admitted to practice in the State of Arizona, to pursue, at least, fraudulent transfer claims under the Bankruptcy Code and The Arizona Revised Statutes relating to the Litigation ("Claims").

4. To the best of the Trustee's knowledge and reliance upon the Verified Statements of Theodore P. Witthoft ("Witthoft") and Scott H. Zwillinger ("Zwillinger"), filed

1. simultaneously herewith, proposed Co-Special Counsel does not represent or hold any interest adverse to the Debtors' creditors, the Trustee or to the estate.

5. Co-Special Counsel's fees and costs in the contemplated Claims matter will be paid by Biltmore Bank. However, Biltmore Bank will be entitled to recover all such advanced fees and costs from any recovery produced by such litigation before any part of the litigation recoveries are to be paid to this estate or the Trustee. Any recovery from the Claims will be disbursed as follows: (a) first to repayment of Proposed Co-Special Counsel's fees and costs incurred in pursuing the Claims; then (b) 90% of the remaining net recovery to Biltmore Bank; and (c) 10% of any remaining net recovery to the estate.

8. Co-Special Counsel has agreed that no compensation for services rendered shall be paid by the Trustee.

10. In conjunction with this employment application for Co-Special Counsel, the Trustee and Biltmore Bank are filing with the Court a *Stipulation for Settlement and Compromise of Claim Pursuant to Fed.R.Bankr.P. 9019* ("Stipulation"). The Stipulation contains the specific terms of the agreement between the Trustee and Biltmore Bank in relation to the Claims.

**WHEREFORE**, the Trustee respectfully requests that the Court approve the employment of CMPBG, Z&G, Witthoft, and Zwillinger to represent the Trustee as Co-Special Counsel.

DATED: December 16, 2009

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMB #20368*
Thomas H. Allen
Dawn M. Bayne
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee David A. Birdsell

COPY of the foregoing mailed
on December 16, 2009 to:

| | |
|---|---|
| 1 | David Birdsell<br>216 North Center<br>Mesa, AZ 85201 |
| 2 | *Chapter 7 Trustee* |
| 3 | United States Trustee<br>230 North First Avenue, Ste 204 |
| 4 | Phoenix AZ 85003-1706 |
| 5 | Stanley Thomas Lund aka Lund Mortgage, Inc.<br>June Marie Lund |
| 6 | 18008 W. Narramore Road<br>Goodyear, AZ 85338 |
| 7 | *Debtors* |
| 8 | Joseph W. Charles<br>P.O. Box 1737 |
| 9 | Glendale, AZ 85311-1737<br>*Attorneys for Debtors* |
| 10 | |
| 11 | Theodore P. Witthoft<br>COLLINS MAY POTENZA BARAN & GILLESPIE, PC |
| 12 | 201 N. Central Avenue, Suite 2210<br>Phoenix, Arizona 85073-2210 |
| 13 | *Attorneys for Biltmore Bank of Arizona and*<br>*Trustee's Proposed Co-Special Counsel* |
| 14 | |
| 15 | Scott H. Zwillinger<br>ZWILLINGER GREEK ZWILLINGER & KNECHT, PC |
| 16 | 2425 E. Camelback Road, Suite 600<br>Phoenix, Arizona 85016-4214 |
| 17 | *Attorneys for Biltmore Bank of Arizona and*<br>*Trustee's Proposed Co-Special Counsel* |
| 18 | |
| 19 | */s/ Tammie R. Holm* |