**SO ORDERED.**

Dated: December 17, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Thomas H. Allen, State Bar #11160
Dawn M. Bayne, State Bar #20368
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave. Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: dbayne@asbazlaw.com

Attorneys for Trustee David Birdsell

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| STANLEY THOMAS LUND AKA LUND MORTGAGE, INC. and JUNE MARIE LUND, | Case No. 2-09-bk-18416-CGC |
| | **ORDER APPROVING EMPLOYMENT OF CO-SPECIAL COUNSEL FOR TRUSTEE** |
| Debtors. | |

The Court has reviewed and considered the Trustee's *Application to Employ Co-Special Counsel for the Trustee* ("Employment Application") and the Verified Statements of Theodore P. Witthoft and Scott H. Zwillinger (collectively "Co-Special Counsel"), as Co-Special Counsel for the Trustee. It appears that proposed Co-Special Counsel do not hold or represent any interest adverse to the Debtors' creditors, the Trustee or to the estate on those matters. It also appears that the retention of Co-Special Counsel is in the best interest of the above estate. Therefore, good cause appearing,

**IT IS HEREBY ORDERED** approving the employment of the law offices of Collins May Potenza Baran & Gillispie, PC and the law offices of Zwillinger Greek Zwillinger & Knecht, PC as Co-Special Counsel for the Chapter 7 Trustee, David Birdsell, pursuant to 11 U.S.C. §§ 327 and 328, with no payment of compensation and reimbursement of expenses being paid by the estate. Compensation and reimbursement of expenses shall be paid by The Biltmore Bank as outlined in the Employment Application and/or from any recovery from Co-Special Counsel's pursuit of certain transfers identified in the Employment Application.

**DATED AND SIGNED ABOVE**

\\BFS-9000\Documents\6000\6100\6138-Birdsell\206-Lund.Stanley&June\Admin Pleadings\Employment-Special Counsel\Order to Employ Co-Special Counsel FINAL..doc