JOSEPH W. CHARLES, ESQ #3038
5704 West Palmarie Avenue P.O. BOX 1737
Glendale, AZ 85311-1737
623-939-6546
623-939-6718 Fax
attyjcharles@joe charles.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>STANLEY THOMAS LUND AKA LUND MORTGAGE, INC. and JUNE MARIE LUND,<br>           Debtor(s). | Case No.2:09-BK-18416-CGC<br><br>OBJECTION TO APPLICATION TO EMPLOY CO-SPECIAL COUNSEL FOR THE TRUSTEE |

   The Debtors STANLEY THOMAS LUND AKA LUND MORTGAGE, INC. and JUNE MARIE LUND, by and through undersigned counsel hereby object to the Application to Employ Co-Special Counsel for the Trustee object. The claim, as requested by the Trustee's counsel, is for approximately $96,000. Legal fee's can exceed this amount of money for the prosecution of this claim. Additionally, the nature of the claim is one of accounting whereby funds were paid to Mr. Lund and the question is whether or not the funds are designated salary or some other form of remuneration. The nature of this claim is certainly within the capability and expertise of the Trustee's counsel.

  THEREFORE, Debtors object to the Application to Employ Co-Special Counsel for the Trustee, and asks that the Court deny the request for additional counsel.

1

DATED this 28th day of December 2009.

JOSEPH W. CHARLES, P.C.

/s/ Joseph W. Charles
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorney for Debtors

COPY of the foregoing
Mailed this 28th day of
December 2009, to:

David Birdsell
216 North Center
Mesa AZ 85201
Chapter 7 Trustee

United States Trustee
230 North First Avenue, Ste 204
Phoenix AZ 85003-1706

Theodore P. Witthoft
Collins May Potenza Baran & Gillespie, PC
201 N. Central Ave, Suite 2210
Phoenix AZ 85073-2210

Scott H. Zwillinger
Zwillinger Greek Zwillinger & Knecht, PC
2425 E Camelback Road, Suite 600
Phoenix AZ 85016-4214

/s/ Paulina Poniatowski