# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | STANLEY THOMAS & JUNE MARIE LUND | | |
| **Case Number:** | 2:09-bk-18416-CGC | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, JANUARY 26, 2010 01:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## Matter:

Objection filed by JOSEPH W. CHARLES on behalf of JUNE MARIE LUND, STANLEY THOMAS LUND (related document(s) 57 Application to Employ

**R / M #:**   65 / 0

**VACATED:   RESCHEDULED TO 1/28/10 AT 1:30 P.M.**

## Appearances:

NONE

## Proceedings:

VACATED: RESCHEDULED TO 1/28/10 AT 1:30 P.M.